# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JONATHAN J. FRANK**<br>D.O.C. # 329734 | **DOCKET NO. 2:18-cv-1432** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **DARRELL VANNOY** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, on this 30th day of October, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE